Elizabeth Orr, for use of S. C. Lurie, etc., Appellant, v. First National Bank of Chicago et al., Appellees.

Gen. No. 43,132.

Heard in the second division, first district, this court at the October term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Maurice Weissman, for appellant; Thomas P. Henehan and Amberg, Livingston, Kearns & Dahlin, for appellees; Thomas P. Henehan, Frank L. Paul and George A. Hansen, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.